Sect. #/32

DOC NO
REC'D/FILED

2020 JAN 27 PM 12:03

# ATTACHMENT 1

PETER C. . . ER
CLERK US D. . . C. . # COMPLAINT FORM
WD OF W
(for filers who are prisoners without lawyers)

## IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

(Full name of plaintiff(s))

Robert Pierre Kidd

_____

_____

vs

(Full name of defendant(s))

Waupun Correctional Inst.

396 S. Drummond Street

Waupun, WI 53963

(Warden) "Brian Foster"

Case Number:

20 CV 083 JDP

(to be supplied by clerk of court)

A.   PARTIES

1.   Plaintiff is a citizen of _WISCONSIN_, and is located at
(State)
Waupun Correctional Institution
396 S. Drummond Street
Waupun, WI 53963
_____
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.    Defendant **Brian Foster**

(Name)

is (if a person or private corporation) a citizen of **WI**

(State, if known)

and (if a person) resides at **UNKNOWN**

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Waupun Correctional Institution**

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

① (WCI) Property (C.O.) and (WCI) Warden "Brian Foster"

② Refused me of my brand New (Fan) and (Radio) From (J.L.Marcus Co.), and put my Name and Number (ON) it so they say, then they refused me (of) my (Property) For (90) days.

③ They did it on (12-03-19).

④ (WCI) Property

⑤ I was told thier records showed I still have some, My old records, show I haven't had these items For (60-90) days.

Attachment One (Complaint) – 2

I also have a copy of the form, that showes the (WCI) Property Dept., area, sent me another (Property Receipt) dated (December 03, 2019).

That I refused too sign, and requested they send it back to the store, for a refund !!!

I also had a (Seizure) on (1-21-20), and was found outside. After staying at (HSU) for a few hours and given infor-mation too contact the (Sgt.), with a medical statement, that states (first-floor-only), the (Sgt.) on duty, told me go lock in, I am busy. At which time, I am still on a (second-floor-cell), (F-18). At risk of falling over the tier, and/or down the steps, every day.

C.   JURISDICTION

☒   I am suing for a violation of federal law under 28 U.S.C. § 1331.
              OR

☐   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may include an award of money or an order telling defendants to do something or stop doing something.

I must be paid for payment that I never received. At this time I am on the (second-floor) cell, eventhough I have a medical restriction, for (first-floor) only, (INDEF.), W@ WCI.
But, the (C.O.), continue too ignore me and/or my Medical Prescription.

E.   JURY DEMAND

☐   Jury Demand - I want a jury to hear my case
                        OR

☒   Court Trial – I want a judge to hear my case

Dated this ___22___ day of ___January___ 20_80_.

Respectfully Submitted,

_Ms. Robert Kill_
Signature of Plaintiff

_187885_
Plaintiff's Prisoner ID Number

_Wauprun Correctional Institute_
_396 /S. Drummond Street_
_Waupun, WI 53963_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5