IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT PIERRE KIDD,

    Plaintiff,

v.

WAUPUN CORRECTIONAL
INSTITUTION AND BRIAN FOSTER,

    Defendants.

ORDER

Case No. 20-cv-83-jdp

Plaintiff Robert Pierre Kidd has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than February 21, 2020. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Robert Pierre Kidd may have until February 21, 2020 to submit a trust fund account statement for the period beginning approximately July 27, 2019 and ending approximately January 27, 2020. If, by February 21, 2020, plaintiff fails to respond

to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 30th day of January, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge