Atty: "Your Honor"
Clerk of Court
U.S. Dist. Court
120 N. Henry St, Rm 320
Madison, WI 53703

DOC NO
REC'D/FILED
2020 FEB 18 PM 12:34
PETER OPPENEER
CLERK U.S. [COURT]
W.D. OF WI

Robert P. Kidd (187885)
Waupun Correctional Inst.
396 S. Drummond St.
Waupun, WI 53963

To please the (Court), I strongly fill that a few of the (C.O.)'s here at the (W.C.I) are being malicious and being (prejudicial) towards me.

On (February 12, 2020), at (7:15)-(7:28) am, while taking, going too shower, I was informed by a (male)(C.O.) that they were washing (under wear).

Once I was thru show- -ering, I saw (C.O.) "Hibpa"/ Hibpa", at least this is how I was told how too spell her name, re- -fused underwear by her, after she went and got another inmate

some underwear off the floor!

I asked her for a pair of underwear, at which time she said that the other (C.O.) should have given me a pair eventhough I told her that there weren't any clean on the floor, in the area I was showering in.

At which time she walked away from my door, telling another (C.O.) that me and another inmate were ready to go, eventhough she was aware that we didn't receive clean underwear.

Some time ago, I got upset with my brother and his wife, so I requested my visitor list be cancelled, so I wouldn't see them again. But when I misplaced my eldest daughter "Victoria T. Kidd" address, I tried to get it from my Social Worker "Mrs. Hass".

She wrote a response telling me, we can't give you her phone number

or dollars. At which time I am being to for either (Brain) or (Chest) sergury, due too my (seizures). So too please the (court), I request that you order the (WCI), to give me my daughter (Victoria T. Kidd), - "Victoria T. Kidd" Phone Number and Address, if and/or after they check my records and see that "Victoria" didn't request too be taken off of my (Visitors) list !!!

I also have information about how the water that I am drinking, is contaminated.

Respectfully,

Mr. Robert P. Kidd

(2-12-20)