# Important Information about your Drinking Water

Levels of Waupun and Dodge Correctional Institution's drinking water exceeds standard
Levels of John Burke Correctional Center's drinking water exceed standard
Levels of the Bureau of Correctional Enterprises Creamery water exceed standard

Drinking water samples collected on February 18, 2019, June 12, 2019, September 3, 2019 and December 3, 2019 indicated the presence of combined radium (radium 226+228) above the Maximum Contaminant Level (MCL). The samples indicate the presence of combined radium in our drinking water and are a violation of State and Federal Safe Drinking Water Standards.

**What precautions should be taken at this time?**

You <u>do not</u> need to use an alternative (e.g., bottled) water supply. However, if you have specific health concerns, consult your doctor.

**What does this mean?**

This is not an immediate risk. If it had been, you would have been notified immediately. Some people who drink water containing combined radium in excess of the MCL over many years may have an increased risk of getting cancer.

**What is being done to correct the problem?**

Corrective action(s) taken: ___The Department of Corrections (DOC) is currently working with the Department of Administration (DOA) to design a building project for a water treatment plant to service the four identified sites above.___

We are working to resolve this problem as soon as possible. We will notify you when the problem is resolved.

**If you have questions regarding the safety of our drinking water, please contact:**
WCI- Linda Meisner   CMSD
200 Madison St., PO Box 351   Waupun, WI 53963-0351

Name of Responsible Person                                    Area Code-Telephone Number

Street Address                                    City.                              State           Zip

I certify that the information and statements contained in this public notice are true and correct and have been provided to consumers in accordance with the delivery, content, format, and deadline requirements in Subchapter VII of ch. NR 809, Wis. Adm. Code.

X _Linda Meisner_                                    2-11-20
           Signature                                                                 Date

Tier 2 Notice

** Please share this information with all the other people who drink this water, especially those who may not have received this notice directly. You can do this by posting this notice in a public place or distributing copies by hand or mail.